**Van−404** [Final Decree Ch 11 Dismissed] (Rev. 11/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 08−81385−JAC11 |
| D&G Auto Sales, Inc. | **Chapter** 11 |
| **EIN:** 26−0482730 | |
| **Debtor(s)** | |

## FINAL DECREE

The above referenced case has been dismissed.

It is therefore **ORDERED, ADJUDGED, and DECREED:**

That the estate of the above named Debtor−In−Possession is closed.

Dated: June 17, 2008

/s/ Jack Caddell
United States Bankruptcy Judge

kap